FILED
JAN - 9 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**VELOCITY NET, INC.**
**Plaintiff**

**v.** **NO.** 06-26 T

**THE UNITED STATES,**
**Defendant**

**COMPLAINT**

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF FEDERAL CLAIMS:

COMES NOW, Evenlink LLC, the Plaintiff herein, by its attorney, Anthony C. Gulotta of the Law Firm of Anderson & Gulotta, P.C. to file the within Complaint based on the following:

1. This Court has jurisdiction over this matter by reason of 28 U.S.C. §1491, which provides for review by this Court of any claim against the United States founded on an Act of Congress or any regulation of an executive department.

2. This Court has jurisdiction over this matter by reason of 26 U.S.C. §6532, which provides that an action may be commenced against the United States after a six (6) month period expires following a claim for a refund made to the Internal Revenue Service.

3. The Plaintiff is a corporation incorporated in the state of Pennsylvania with a primary place of business at 2503 West 15th Street, Suite 10, Erie, PA 16505.

4. The Defendant is the United States of America, with the Internal Revenue Service as the Agency with interest.

5. Plaintiff is an Internet Service Provider.

6. Plaintiff's claim is a claim for refund of Federal Communication Excise Tax (Internal Revenue Code Section 4251). Plaintiff's claim is based on their purchases of various data lines. The Plaintiff purchased access to these lines in order to assemble and maintain a packet switch network necessary to provide internet access to its customers.

7. In order to provide Internet access to its customers, the Plaintiff established and maintained a digital packet-switched network that spanned from the point that the customer accessed the Plaintiff's Internet Service Provider (ISP) network, (known as a "Point of Presence or "PoP") to a National Access Point, where high-bandwidth connections allow Internet Service Providers to share data traffic.

8. To establish its packet- switched network the Plaintiff purchased and installed data routing equipment, circuit access to allow its dial up access customers to send data over Plaintiff's network, and access to various data lines from telecommunication providers.

9. The items purchased by the Plaintiff, as fully set forth in the documentation supporting this Complaint and summarized in paragraph 7 above, were necessary to establish and maintain the Plaintiff's packet-switched network and allowed the Plaintiff to integrate their network into the larger Internet.

10. The Plaintiff's ISP network was used by their customers to send and access information services on the Internet.

11. The Plaintiff's customers, in general, were responsible for the purchase of telecommunication services, and the payment of the associated tax, on the dial up data call that carried the customer's data to the Plaintiff's PoP.

12. The information services accessed by users of the internet are routed and received through the use of a Transmission Control Protocol (TCP) and Internet Protocol (IP). The TCP breaks the information being sent by the customer into tiny packets, assigns each an IP address and then releases the data. The customer's computer transmits the data across the ISP's packet-switched network, through the Network Access Point, to its ultimate destination computer. The computer receiving the information then reassembles the data as it arrives. If the TCP identifies missing data, it initiates a search for it. This process is necessary because each piece of data travels through the Internet independently of each other.

13. No direct or continuous connection is established between the two telephone modems that connect the two computers that transfer the data using the protocols set forth in paragraph 12 above.

14. Internet access and a telephone call can be distinguished by the lack of a continuous connection by the former. When a person makes a telephone call there is an actual continuous direct connection between the two telephones. Likewise, in a modem hookup over a telephone line to transmit data to a remote computer, there is an actual connection. However, connections made over the Internet are not direct and continuous. An actual connection, beyond the dial up connection between the customer and the ISP's PoP, is never made. In a packet-switched network such as the Internet, no two computers ever maintain a direct connection, instead, each computer on the Internet sends and receives data packets independently of one another. The ISP's role in the internet is to assemble a network of circuits that allow its customers to send and receive data packets from every other computer connected to the Internet and to route those packets to their destination appropriately. The purchases at issue in this matter are the Plaintiff's purchases of circuits that it used to assemble its packet-switched network.

15. 26 U.S.C. §4251 imposes a tax "on amounts paid for communications services." Section 4251(b) defines communications services as including "local telephone service", "toll telephone service", and "teletypewriter exchange service".

16. 26 U.S.C. §4252(a)(1) defines "local telephone service" as "the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system."

17. 26 U.S.C. §4252(a) further provides that the term does not include "private communication service."

18. 26 U.S.C. §4252(d) defines a "private communication service" as "(d)(1)(A) a communication service furnished to a subscriber which entitles the subscriber…to exclusive or priority use of any communication channel or groups of channels, or…(d)(1)(B) to the use of an intercommunication system for the subscriber's stations, regardless of whether such channel, groups of channels, or intercommunication system may be connected through switching with a service described in subsection (a), (b), or (c) [local telephone service, toll telephone service and teletypewriter exchange service, respectively],… (d)(2) switching capacity, extension lines and stations, or other associated services which are provided in connection with, an are necessary or unique to the use of, channels or systems described in paragraph (1), and…the channel mileage which connects a telephone station located outside a local telephone system area with a central office in such local telephone system, except that such term does not include any communication service unless a separate charge is made for such service."

19. 26 U.S.C. § 4252(b) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States, and …a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone station in a specified area which is outside the local telephone system are in which the station provided with this service is located."

20. Based on the clear and concise law contained in the Internal Revenue Code and Treasury Regulations, the Taxpayer filed a request for refund of Section 4251 Communication Excise Tax erroneously paid on their purchases of circuits from telecommunication providers that the Plaintiff used to assemble and maintain their network that they used to provide internet access to their customers, on the grounds that such purchases were outside the scope of the Communications Excise Tax as set forth in 26 U.S.C. §4251.

21. The Plaintiff filed a request for refund (IRS Form 8849, supporting schedules, quarterly tax breakouts and "non-consent statements") on June 8, 2004 in the amount of $37,122.99. A copy of the refund claim is attached hereto as Exhibit "A" and made a part hereof.

22. On November 18, 2004, the Plaintiff received notification acknowledging the receipt of the Plaintiff's claim on May 25, 2004. A copy of this letter is attached hereto as Exhibit "B" and made a part hereof.

23. On June 9, 2005, Plaintiff received a notice of disallowance of its refund claim from the IRS. A copy of the notice is attached hereto as Exhibit "C" and made a part hereof.

24. On July 13, 2005, Plaintiff filed a formal protest of the IRS's determination. A copy of the protest is attached hereto as Exhibit "D" and made a part hereof.

<u>Claim for Refund of Section 4251 Communication Excise Tax</u>

25. The averments set forth in Paragraphs 1 through 24 of this Complaint are incorporated by reference herein as though the same were fully set forth herein.

26. The Plaintiff's purchases were outside the scope of the Section 4251 Communication Excise Tax in that the purchases, as fully set forth in the claims attached hereto, did not provide the Plaintiff with access to and the privilege of use of local telephone service or toll telephone service, and in some cases were private lines used to build and maintain the network used to provide internet access to customer.

27. The Plaintiff erroneously paid Section 4251 Communication Tax on their purchases, as fully set forth in the claims attached hereto, used to build and maintain a network used to provide internet access.

28. The Plaintiff submitted Forms 8849 with supporting documentation in accordance with the procedures set forth by the Internal Revenue Service for the refund of the $37,122.99 of erroneously paid Section 4251 Communication Excise Tax.

29. The Internal Revenue Service has a duty to process refund claims for Section 4251 Communication Excise Tax under 26 U.S.C. §6415.

30. The Plaintiff has waited more than six months since the filing of their refund requests (Forms 8849), as prescribed by 26 U.S.C. 6532, for the Internal Revenue Service to process their claims for refund before bringing this action.

31. The Plaintiff is entitled to a refund of the amount requested - $37,122.99.

WHEREFORE, Petitioner respectfully requests that the Honorable Court review the Plaintiff's requests for refunds of Section 4251 Communication Excise Tax, and after hearing, (1) enter judgment in favor of the Plaintiff and against the United States in the amount of $37,122.99, with statutory interest and (2) grant such legal and equitable relief to which the Plaintiff may be entitled.

A hearing is requested.

Respectfully submitted,

Date: 1/3/2006

Anthony C. Gulotta, Esq.
PA Atty I.D. # 82081
Anderson & Gulotta, P.C.
Attorney for Plaintiff
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
(717) 541-5434 (FAX)

Focused Business Solutions, LLC

1110 North Mountain Rd., Harrisburg, PA 17112 • (717) 541-1280 • (717) 541-5434 Fax

June 7, 2004

Internal Revenue Service
Attn: Centralized Excise Tax Unit
Cincinnati, OH 45999-0002

Dear Internal Revenue Service:

SUBJECT: SECTION 4251, COMMUNICATION EXCISE TAX REFUND REQUEST

Enclosed please find a Communication Excise Tax refund request, which I am filing on behalf of my Client Velocity Net, Inc. Also enclosed is a copy of the Form 8849. Please date stamp the copy and return it in the self-addressed envelope.

Sincerely,

Michael A. Grum, Esquire

EXHIBIT

A

Form 8849 (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: Velocity Net Inc

Employer identification number (EIN): 251798979

Address (number, street, room or suite no.): 2507 West 15th Street Ste 10

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: Erie PA 16505

ZIP code:

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends:

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

INTERNAL REVENUE SERVICE RECEIVED JUN 16 2004 EXCISE UNIT ... CINCINNATI SERVICE CENTER

INTERNAL REVENUE SERVICE ... JUN 14 2004

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

Signature and title (if applicable): Joel Deuterman    Date: 5-25-2004

Type or print your name below signature: Joel Deuterman, President

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

NO. 137
~~ACCEPTED~~
JUL 08 2004
By CLASSIFICATION
S.C. 17

Schedule 6 (Form 8849) (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

**Other Claims**

► Attach to Form 8849.

OMB No. 1545-1420

Name as shown on Form 8849: Velocity Net., Inc.

EIN or SSN: 25-1798979

Total refund (total of lines 1–5): $ 10,096

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ► 01/01/2001 Latest date ► 03/31/2004

**Claimant's registration number** for Section 4091(d) claims. ►

| | Tax | Amount of refund | CRN |
|---|---|---|---|
| 1 | Communications Excise Tax, Section 4251 | $ 37,122 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See attached discussion

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

## STATEMENT OF NON-ALLOWANCE OF CREDIT FOR COMMUNICATIONS EXCISE TAX REFUND

TO: Internal Revenue Service

RE: Velocity Net, Inc.
EIN

I, Joel A. Deuterman, of Velocity Net, Inc. ("Taxpayer) hereby state that the Taxpayer has not consented and shall not consent to the allowance of a credit or refund to the telephone companies that collected the excise tax at issue in the present refund claim. I make this statement under the penalty of perjury.

5-25-2004
Date

Joel Deuterman

President
Title

## INTRODUCTION

The present Claim for Refund involves Communication Excise Tax (IRC Section 4251) erroneously paid by Velocity Net, Inc. on their purchase of various data lines from telephone companies. The data lines were used to provide internet access to Velocity Net's customers. Velocity Net, Inc. is referred to in this discussion as the Taxpayer.

## ISSUE

Whether purchases by the Taxpayer for data lines are exempt from the Communication Excise Tax, given that said purchases were used to provide internet access by the ISP and are, therefore, not within the scope of the IRC Section 4251 tax?

## DISCUSSION

Section 4251 of the Internal Revenue Code imposes an Excise Tax on amounts paid for communication services. 26 U.S.C. §4251. Communication services include local telephone service, toll telephone service and teletypewriter exchange service. Id. The taxpayer purchased various data lines from local exchange carriers for their internet customers to access the internet. The circuits and lines that taxpayer purchases or leases in order to provide its customers with access to the Internet do not qualify as local telecommunications, toll service, or teletypewriter exchange service. Rather, these circuits and lines fall under the definition of private communications service under Section 4252 (d), and therefore are outside the scope of the tax.

On many of these purchases the Taxpayer erroneously paid federal excise tax. Since these purchases were not within the scope of the Communication Excise Tax, the Taxpayer is entitled to a refund.

During 2001, 2002, 2003, and 2004 the Taxpayer erroneously paid $10,096 in Federal Communication Excise Tax (Section 4251). A schedule of these purchases is included. The invoices for these purchases are voluminous and are in storage at the Taxpayer's Representatives business office in Harrisburg, PA. The Taxpayer's Representative will provide the Internal Revenue Services with copies of a sample of the invoices or allow the entire file to be inspected, at the Internal Revenue Services' request. Since the purchases by the Taxpayer included in this refund request were exclusively for the Taxpayer's customer access to the internet, a refund is appropriate.

## CONCLUSION

For all the aforementioned reasons, Velocity Net, Inc. respectfully requests a refund in the amount of **$37,122.99** under Internal Revenue Code §6415, which represents Federal Communication Tax erroneously paid.

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| Ref # | Vendor | Check # | Invoice Number | Invoice Date | Type of Service | Current Charges | Federal Excise Tax |
|---|---|---|---|---|---|---|---|
| 1 | Verizon | | 02001 | 1/1/2002 | Line Access | $5,314.97 | |
| 2 | Verizon | | 02032 | 2/1/2002 | Line Access | $7,023.45 | $391.01 |
| 3 | Verizon | | 02091 | 4/1/2002 | Line Access | $19,364.01 | $1,242.84 |
| 4 | Verizon | | 02152 | 6/1/2002 | Line Access | | $717.77 |
| 5 | Verizon | | 02244 | 9/1/2002 | Line Access | $8,606.84 | $486.38 |
| 6 | Verizon | | 02274 | 10/1/2002 | Line Access | $8,205.55 | $494.74 |
| 7 | Verizon | | 02305 | 11/1/2002 | Line Access | $654.23 | $4.45 |
| 8 | Verizon | | 01305 | 11/1/2001 | Line Access | $3,411.08 | |
| 9 | Verizon | | 01274 | 10/1/2001 | Line Access | $3,411.08 | |
| 10 | Verizon | | 01182 | 7/1/2001 | Line Access | $3,411.08 | |
| 11 | Verizon | | 01152 | 6/1/2001 | Line Access | $3,411.08 | |
| 12 | Verizon | | 01121 | 5/1/2001 | Line Access | $6,230.68 | |
| 13 | Verizon | | 01244 | 9/1/2001 | Line Access | $3,411.08 | |
| 14 | Verizon | | 01032 | 2/1/2001 | Line Access | $6,230.68 | |
| 15 | Verizon | | 01001 | 1/1/2001 | Line Access | $6,230.68 | |
| 16 | Verizon | | 01091 | 4/1/2001 | Line Access | $6,230.68 | |
| 17 | Verizon | | 02038 | 2/7/2002 | Line Access | $2,960.57 | |
| 18 | Verizon | | 02066 | 3/7/2002 | Line Access | $2,949.93 | |
| 19 | Verizon | | 02158 | 6/7/2002 | Line Access | $2,962.27 | |
| 20 | Verizon | | 02188 | 7/7/2002 | Line Access | $2,962.27 | |
| 21 | Verizon | | 02219 | 8/7/2002 | Line Access | $3,259.52 | |
| 22 | Verizon | | 02250 | 9/7/2002 | Line Access | $3,101.61 | |
| 23 | Verizon | | 02280 | 10/7/2002 | Line Access | $3,105.01 | |
| 24 | Verizon | | 02311 | 11/7/2002 | Line Access | $3,104.84 | |
| 25 | Verizon | | 02341 | 12/7/2002 | Line Access | $3,104.85 | |
| 26 | Verizon | | 02335 | 12/1/2002 | Line Access | $17,539.85 | $1,126.87 |
| 27 | Verizon | | 02305 | 11/1/2002 | Line Access | $14,197.31 | $905.02 |
| 28 | Verizon | | 02274 | 10/1/2002 | Line Access | $11,098.47 | $705.82 |
| 29 | Verizon | | 02244 | 9/1/2002 | Line Access | $4,074.71 | $261.73 |
| 30 | Verizon | | 02213 | 8/1/2002 | Line Access | $4,032.84 | $259.04 |
| 31 | Verizon | | 02182 | 7/1/2002 | Line Access | $8,964.45 | $575.75 |
| 32 | Verizon | | 02274 | 10/1/2002 | Line Access | $8,205.55 | $494.74 |
| 33 | Verizon | | 02244 | 9/1/2002 | Line Access | $8,606.84 | $486.38 |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | Verizon | 02213 | 8/1/2002 | Line Access | $7,443.89 | $415.79 |
| 35 | Verizon | 02182 | 7/1/2002 | Line Access | $6,221.91 | $334.93 |
| 36 | Verizon | 02152 | 6/1/2002 | Line Access | $12,035.80 | $717.77 |
| 37 | Verizon | 02121 | 5/1/2002 | Line Access | $21,156.94 | $1,309.69 |
| 38 | Verizon | 02091 | 4/1/2002 | Line Access | $19,364.01 | $1,242.84 |
| 39 | Verizon | 02060 | 3/1/2002 | Line Access | $7,153.04 | $398.50 |
| 40 | Verizon | 02032 | 2/1/2002 | Line Access | $7,023.45 | $391.01 |
| 41 | Verizon | 02001 | 1/1/2002 | Line Access | $5,314.97 | |
| 42 | Verizon | 03121 | 5/1/2003 | Line Access | $31,360.39 | $2,466.59 |
| 43 | Verizon | 03091 | 4/1/2003 | Line Access | $31,868.68 | $2,518.00 |
| 44 | Verizon | 03060 | 3/1/2003 | Line Access | $27,857.66 | $1,789.74 |
| 45 | Verizon | 03032 | 2/1/2003 | Line Access | $33,377.82 | $2,144.65 |
| 46 | Verizon | 03001 | 1/1/2003 | Line Access | $24,184.04 | $1,553.82 |
| 47 | Verizon | 01280 | 10/7/2001 | Line Access | $2,559.48 | |
| 48 | Verizon | 01311 | 11/7/2001 | Line Access | $1,129.18 | |
| 49 | Verizon | 01341 | 12/7/2001 | Line Access | $1,131.85 | |
| 50 | Verizon | 02007 | 1/7/2002 | Line Access | $1,128.08 | |
| 51 | Verizon | 02038 | 2/7/2002 | Line Access | $1,129.26 | |
| 52 | Verizon | 02066 | 3/7/2002 | Line Access | $1,130.44 | |
| 53 | Verizon | 02097 | 4/7/2002 | Line Access | $1,136.34 | |
| 54 | Verizon | 02127 | 5/7/2002 | Line Access | $1,137.52 | |
| 55 | Verizon | 02188 | 7/7/2002 | Line Access | $1,132.80 | |
| 56 | Verizon | 02219 | 8/7/2002 | Line Access | $1,133.98 | |
| 57 | Verizon | 02250 | 9/7/2002 | Line Access | $1,132.80 | |
| 58 | Verizon | 02280 | 10/7/2002 | Line Access | $1,132.80 | |
| 59 | Verizon | 02311 | 11/7/2002 | Line Access | $1,133.98 | |
| 60 | Verizon | 02341 | 12/7/2002 | Line Access | $1,133.98 | |
| 61 | AT&T | 0304547586001 | 2/9/2004 | Line Access | $309.03 | $8.51 |
| 62 | Verizon | 351310238028520903 | 2/7/2004 | Line Access | $210.28 | $4.93 |
| 63 | Verizon | 351310238028520903 | 1/7/2004 | Line Access | $296.59 | $7.30 |
| 64 | Verizon | 04038 | 2/7/2004 | Line Access | | $50.24 |
| 65 | Verizon | 04007 | 1/7/2004 | Line Access | | $50.24 |
| 66 | Verizon | 04038 | 2/7/2004 | Line Access | | |
| 67 | Verizon | 04007 | 1/7/2004 | Line Access | | |
| 68 | Sprint | 03279127 | 1/8/2003 | Line Access | $5,982.00 | |
| 69 | Sprint | 03303097 | 2/8/2003 | Line Access | $2,384.12 | |
| 70 | Sprint | 03326877 | 3/8/2003 | Line Access | $12,201.62 | |
| 71 | Sprint | 03375320 | 5/7/2003 | Line Access | $7,815.00 | |

Velocily Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | Sprint | 03398515 | 6/7/2003 | Line Access | $7,815.00 | |
| 73 | Sprint | 03421702 | 7/7/2003 | Line Access | $7,815.00 | |
| 74 | Sprint | 03445424 | 8/7/2003 | Line Access | $7,815.00 | |
| 75 | Sprint | 03469263 | 9/7/2003 | Line Access | $7,927.35 | |
| 76 | Sprint | 03493540 | 10/7/2003 | Line Access | $7,929.35 | |
| 77 | Sprint | 03519399 | 11/8/2003 | Line Access | $7,927.35 | |
| 78 | Sprint | 03543176 | 12/7/2003 | Line Access | $7,927.35 | |
| 79 | Sprint | 03570506 | 1/7/2003 | Line Access | $7,927.35 | |
| 80 | Sprint | 03595629 | 2/8/2004 | Line Access | $2,085.01 | |
| 81 | Sprint | 03010127 | 1/1/2003 | Line Access | $9,135.53 | |
| 82 | Sprint | 779-000-0019 | 2/1/2004 | Line Access | $5,791.57 | |
| 83 | Sprint | 03007 | 1/7/2003 | Line Access | $3,104.85 | |
| 84 | Verizon | 03038 | 2/7/2003 | Line Access | $3,104.85 | |
| 85 | Verizon | 03066 | 3/7/2003 | Line Access | $3,104.85 | |
| 86 | Verizon | 03097 | 4/7/2003 | Line Access | $3,154.68 | |
| 87 | Verizon | 03127 | 5/7/2003 | Line Access | | |
| 88 | Verizon | 03158 | 6/7/2003 | Line Access | | |
| 89 | Verizon | 03188 | 7/7/2003 | Line Access | | |
| 90 | Verizon | 814-143-0005 | 7/13/2003 | Line Access | $592.91 | |
| 91 | Verizon | 814-143-0005 | 6/13/2003 | Line Access | $592.90 | |
| 92 | Verizon | 814-143-0005 | 5/13/2003 | Line Access | $592.57 | |
| 93 | Verizon | 814-143-0005 | 3/13/2003 | Line Access | $689.70 | |
| 94 | Verizon | 814-143-0005 | 2/13/2003 | Line Access | $681.28 | |
| 95 | Verizon | 814-143-0005 | 1/13/2003 | Line Access | $680.12 | |
| 96 | Verizon | 03341 | 12/7/2003 | Line Access | | |
| 97 | Verizon | 03311 | 11/7/2003 | Line Access | | |
| 98 | Verizon | 03280 | 10/7/2003 | Line Access | | |
| 99 | Verizon | 03250 | 9/7/2003 | Line Access | | |
| 100 | Verizon | 03219 | 8/7/2003 | Line Access | | |
| 101 | Verizon | 03188 | 7/7/2003 | Line Access | | |
| 102 | Verizon | 03158 | 6/7/2003 | Line Access | | |
| 103 | Verizon | 03127 | 5/7/2003 | Line Access | | |
| 104 | Verizon | 03097 | 4/7/2003 | Line Access | $1,152.18 | |
| 105 | Verizon | 03066 | 3/7/2003 | Line Access | $1,133.98 | |
| 106 | Verizon | 03038 | 2/7/2003 | Line Access | $1,133.98 | |
| 107 | Verizon | 03007 | 1/7/2003 | Line Access | $1,133.98 | |
| 108 | Verizon | 814-664-0049 | 9/4/2003 | Line Access | $2,082.15 | $53.24 |
| 109 | Verizon | 814-664-0049 | 8/4/2003 | Line Access | $2,075.12 | $53.03 |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 110 | Verizon | | 814-664-0049 | 7/4/2003 | Line Access | $2,067.74 | $52.82 |
| 111 | Verizon | | 814-664-0049 | 6/4/2003 | Line Access | $2,055.02 | $52.46 |
| 112 | Verizon | | 814-664-0049 | 5/4/2003 | Line Access | $2,047.54 | $52.24 |
| 113 | Verizon | | 814-664-0049 | 4/4/2003 | Line Access | $2,139.89 | $55.04 |
| 114 | Verizon | | 814-664-0049 | 3/4/2003 | Line Access | $2,105.85 | $53.94 |
| 115 | Verizon | | 814-664-0049 | 2/4/2003 | Line Access | $2,096.59 | $53.67 |
| 116 | Verizon | | 814-664-0049 | 1/4/2003 | Line Access | $3,131.04 | $62.21 |
| 117 | Verizon | | 814-663-9111 | 4/7/2003 | Line Access | $214.28 | $5.16 |
| 118 | Verizon | | 814-663-9111 | 3/7/2003 | Line Access | $331.18 | $8.38 |
| 119 | Verizon | | 814-663-9111 | 2/7/2003 | Line Access | $423.19 | $10.91 |
| 120 | Verizon | | 814-663-9111 | 1/7/2003 | Line Access | $640.34 | $16.89 |
| 121 | Verizon | | 814-663-9111 | 12/7/2003 | Line Access | $296.56 | $7.34 |
| 122 | Verizon | | 03341 | 12/7/2003 | Line Access | | $53.13 |
| 123 | Verizon | | 03280 | 10/7/2003 | Line Access | | $53.13 |
| 124 | Verizon | | 03250 | 9/7/2003 | Line Access | | $53.13 |
| 125 | Verizon | | 03219 | 8/7/2003 | Line Access | | $54.86 |
| 126 | Verizon | | 03188 | 7/7/2003 | Line Access | $675.19 | $54.86 |
| 127 | Verizon | | 03158 | 6/7/2003 | Line Access | $672.88 | $52.55 |
| 128 | Verizon | | 03127 | 5/7/2003 | Line Access | $672.88 | $52.55 |
| 129 | Verizon | | 03097 | 4/7/2003 | Line Access | $672.88 | $52.55 |
| 130 | Verizon | | 03066 | 3/7/2003 | Line Access | $662.37 | $42.04 |
| 131 | Verizon | | 03038 | 2/7/2003 | Line Access | $670.54 | $42.04 |
| 132 | Verizon | | 03007 | 1/7/2003 | Line Access | $662.37 | $42.04 |
| 133 | Verizon | | 814-836-9860 | 2/19/2003 | Line Access | $19,734.03 | $197.84 |
| 134 | Verizon | | 814-836-9860 | 6/19/2003 | Line Access | $22,267.96 | $599.75 |
| 135 | Verizon | | 814-836-9860 | 5/19/2003 | Line Access | $21,992.28 | $591.88 |
| 136 | Verizon | | 814-836-9860 | 4/19/2003 | Line Access | $28,035.20 | $764.53 |
| 137 | Verizon | | 814-9YB-5712 | 7/4/2003 | Line Access | $792.59 | |
| 138 | Verizon | | 814-9YB-5712 | 6/4/2003 | Line Access | $783.04 | |
| 139 | Verizon | | 814-9YB-5712 | 5/4/2003 | Line Access | $773.68 | |
| 140 | Verizon | | 814-9YB-5712 | 4/4/2003 | Line Access | $764.31 | |
| 141 | Verizon | | 814-9YB-5712 | 3/4/2003 | Line Access | $754.95 | |
| 142 | Verizon | | 0304547586001 | 12/9/2003 | Line Access | $186.98 | $5.15 |
| 143 | Verizon | | 0304547586001 | 11/9/2003 | Line Access | $262.23 | $7.22 |
| 144 | Verizon | | 03347 | 12/13/2003 | Line Access | | |
| 145 | Verizon | | 03103 | 4/13/2003 | Line Access | $1,264.99 | |
| 146 | Qwest | | 533378748 | 10/15/2001 | Line Access | $4,461.60 | |
| 147 | Qwest | | 534894374 | 11/15/2001 | Line Access | $5,988.78 | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 148 | Qwest | 536382808 | 12/15/2001 | Line Access | $6,426.18 | |
| 149 | Verizon | 814-836-9860 | 11/28/2002 | Line Access | $16,046.64 | $530.08 |
| 150 | Verizon | 814-836-9860 | 10/28/2002 | Line Access | $16,046.64 | $525.57 |
| 151 | Verizon | 814-836-9860 | 9/28/2002 | Line Access | $16,046.64 | $489.87 |
| 152 | Verizon | 814-836-9860 | 8/28/2002 | Line Access | $18,494.64 | $593.78 |
| 153 | Verizon | 814-836-9860 | 7/28/2002 | Line Access | $18,494.64 | $590.08 |
| 154 | Verizon | 814-836-9860 | 6/28/2002 | Line Access | $9,395.22 | $318.18 |
| 155 | Verizon | 814-836-9860 | 5/28/2002 | Line Access | $9,395.22 | $318.18 |
| 156 | Verizon | 814-836-9860 | 4/28/2002 | Line Access | $9,395.22 | $319.14 |
| 157 | Verizon | 814-836-9860 | 3/28/2002 | Line Access | $9,395.22 | $317.08 |
| 158 | Verizon | 814-836-9860 | 2/28/2002 | Line Access | $13,822.24 | $346.59 |
| 159 | Verizon | 814-836-9860 | 1/28/2002 | Line Access | $8,658.34 | $304.88 |
| 160 | Verizon | 814-664-0049 | 6/25/2002 | Line Access | $2,962.66 | $40.13 |
| 161 | Sprint | 03256122 | 12/8/2002 | Line Access | $5,982.00 | |
| 162 | Sprint | 03208922 | 10/10/2002 | Line Access | $6,087.00 | |
| 163 | Sprint | 03185352 | 9/7/2002 | Line Access | $5,982.00 | |
| 164 | Sprint | 03162068 | 8/7/2002 | Line Access | $5,982.00 | |
| 165 | Sprint | 03139516 | 7/7/2002 | Line Access | $5,982.00 | |
| 166 | Sprint | 03112037 | 6/8/2002 | Line Access | $5,982.00 | |
| 167 | Sprint | 03088721 | 5/9/2002 | Line Access | $5,982.00 | |
| 168 | Sprint | 03066096 | 4/8/2002 | Line Access | $6,115.80 | |
| 169 | Sprint | 03042977 | 3/9/2002 | Line Access | $6,351.99 | |
| 170 | Sprint | 03020380 | 2/8/2002 | Line Access | $6,414.25 | |
| 171 | Sprint | 02998639 | 1/7/2002 | Line Access | $6,036.39 | |
| 172 | Qwest | 551234863 | 11/15/2002 | Line Access | $8,999.23 | |
| 173 | Qwest | 549948918 | 10/15/2002 | Line Access | $7,585.85 | |
| 174 | Qwest | 548685147 | 9/15/2002 | Line Access | $7,505.24 | |
| 175 | Qwest | 547394578 | 8/15/2002 | Line Access | $7,158.99 | |
| 176 | Qwest | 546103127 | 7/15/2002 | Line Access | $7,426.46 | |
| 177 | Qwest | 544817651 | 6/15/2002 | Line Access | $6,538.85 | |
| 178 | Qwest | 543506368 | 5/15/2002 | Line Access | $6,489.38 | |
| 179 | Qwest | 541997312 | 4/15/2002 | Line Access | $6,126.65 | |
| 180 | Qwest | 540062858 | 3/15/2002 | Line Access | $6,306.64 | |
| 181 | Qwest | 539232255 | 2/15/2002 | Line Access | $6,766.02 | |
| 182 | Qwest | 537840792 | 1/15/2002 | Line Access | $9,661.51 | |
| 183 | Qwest | 553667851 | 1/15/2003 | Line Access | $6,401.22 | |
| 184 | Qwest | 554937003 | 2/15/2003 | Line Access | $8,340.00 | |
| 185 | Qwest | 556275010 | 3/15/2003 | Line Access | $8,340.00 | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 186 | Qwest | 557861895 | 4/15/2003 | Line Access | $8,340.00 | |
| 187 | Qwest | 559676097 | 5/15/2003 | Line Access | $8,340.00 | |
| 188 | Qwest | 561687065 | 6/15/2003 | Line Access | $8,340.00 | |
| 189 | Qwest | 563795385 | 7/15/2003 | Line Access | $8,340.00 | |
| 190 | Qwest | 566206503 | 8/15/2003 | Line Access | $8,340.00 | |
| 191 | Qwest | 568842445 | 9/15/2003 | Line Access | $8,340.00 | |
| 192 | Qwest | 571401961 | 10/15/2003 | Line Access | $8,595.00 | |
| 193 | Qwest | 574465866 | 11/15/2003 | Line Access | $8,595.00 | |
| 194 | Sprint | 02765446 | 1/8/2001 | Line Access | $3,673.96 | |
| 195 | Sprint | 02782338 | 2/8/2001 | Line Access | $3,673.96 | |
| 196 | Sprint | 02798973 | 3/8/2001 | Line Access | $85,274.40 | |
| 197 | Sprint | 02816319 | 4/8/2001 | Line Access | $3,673.96 | |
| 198 | Sprint | 02833978 | 5/7/2001 | Line Access | $3,673.96 | |
| 199 | Sprint | 02851916 | 6/7/2001 | Line Access | $3,673.96 | |
| 200 | Sprint | 02870805 | 7/8/2001 | Line Access | $3,673.96 | |
| 201 | Sprint | 02890805 | 8/7/2001 | Line Access | $3,673.96 | |
| 202 | Sprint | 02911275 | 9/7/2001 | Line Access | $3,673.96 | |
| 203 | Sprint | 02932670 | 10/5/2001 | Line Access | $1,919.99 | |
| 204 | Sprint | 02954169 | 11/7/2001 | Line Access | $1,919.99 | |
| 205 | Sprint | 02976318 | 12/7/2001 | Line Access | $1,869.99 | |
| 206 | Verizon | 814-836-9860 | 1/28/2001 | Line Access | $8,665.34 | $262.53 |
| 207 | Verizon | 814-836-9860 | 2/28/2001 | Line Access | $10,644.91 | $262.53 |
| 208 | Verizon | 814-836-9860 | 3/28/2001 | Line Access | $10,644.91 | $262.53 |
| 209 | Verizon | 814-836-9860 | 4/28/2001 | Line Access | $10,644.91 | $262.53 |
| 210 | Verizon | 814-836-9860 | 5/28/2001 | Line Access | $10,694.68 | $263.90 |
| 211 | Verizon | 814-836-9860 | 6/28/2001 | Line Access | $10,694.68 | $263.90 |
| 212 | Verizon | 814-836-9860 | 7/28/2001 | Line Access | $11,990.92 | $299.57 |
| 213 | Verizon | 814-836-9860 | 8/28/2001 | Line Access | $11,826.85 | $295.06 |
| 214 | Verizon | 814-836-9417 | 12/19/2000 | Line Access | $1,636.65 | $48.84 |
| 215 | Verizon | 814-836-9417 | 1/19/2001 | Line Access | $1,636.65 | $48.84 |
| 216 | Verizon | 814-836-9417 | 2/19/2001 | Line Access | | $9.77 |
| 217 | Verizon | 814-836-9417 | 3/19/2001 | Line Access | $545.55 | $16.28 |
| 218 | Verizon | 814-836-9417 | 4/19/2001 | Line Access | $545.55 | $16.28 |
| 219 | Verizon | 814-836-9417 | 5/19/2001 | Line Access | $545.55 | $16.36 |
| 220 | Verizon | 01001 | 1/1/2001 | Line Access | | |
| 221 | Verizon | | 2/1/2001 | Line Access | | |
| 222 | Verizon | 01091 | 4/1/2001 | Line Access | | |
| 223 | Verizon | 01121 | 5/1/2001 | Line Access | | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 224 | Verizon | 01152 | 6/1/2001 | Line Access | | |
| 225 | Verizon | 01182 | 7/1/2001 | Line Access | | |
| 226 | Verizon | 01244 | 9/1/2001 | Line Access | | |
| 227 | Verizon | 01001 | 1/1/2001 | Line Access | | |
| 228 | Verizon | 01032 | 2/1/2001 | Line Access | | |
| 229 | Verizon | 01091 | 4/1/2001 | Line Access | | |
| 230 | Verizon | 01182 | 7/1/2001 | Line Access | | |
| 231 | Verizon | 01311 | 11/7/2001 | Line Access | | |
| 232 | Verizon | 01091 | 4/1/2001 | Line Access | | |
| 233 | Verizon | 02007 | 1/7/2002 | Line Access | $2,960.57 | |
| 234 | Verizon | 01311 | 11/7/2001 | Line Access | $10,213.72 | |
| 235 | Verizon | 01341 | 12/7/2001 | Line Access | $2,952.81 | |
| 236 | Verizon | 02127 | 5/7/2002 | Line Access | $2,962.27 | |
| 237 | Verizon | 02158 | 6/7/2002 | Line Access | $1,133.98 | |
| 238 | Alltel | 311-512-9041 | 1/4/2001 | Line Access | $590.27 | $16.35 |
| 239 | Alltel | 311-512-9041 | 2/6/2001 | Line Access | $597.86 | $16.35 |
| 240 | Sprint | 03232176 | 11/8/2002 | Line Access | $6,087.00 | |
| 241 | Verizon | 814-126-0779 | 1/22/2001 | Line Access | $488.00 | |
| 242 | Verizon | 814-130-3960 | 1/22/2001 | Line Access | $518.00 | |
| 243 | Verizon | 814-126-0779 | 1/22/2001 | Line Access | $488.00 | |
| 244 | Verizon | 01001 | 1/1/2001 | Line Access | | |
| 245 | Verizon | 01032 | 2/1/2001 | Line Access | | |
| 246 | Alltel | 311-512-9041 | 1/4/2000 | Frame (Meadeville) | $649.45 | $17.85 |
| 247 | Alltel | 311-512-9041 | 2/3/2000 | Frame (Meadeville) | $649.45 | $17.85 |
| 248 | Alltel | 311-512-9041 | 3/3/2000 | Frame (Meadeville) | $649.45 | $17.85 |
| 249 | Alltel | 311-512-9041 | 4/5/2000 | Frame (Meadeville) | $649.45 | $17.85 |
| 250 | Alltel | 311-512-9041 | 5/3/2000 | Frame (Meadeville) | $648.59 | $17.85 |
| 251 | Alltel | 311-512-9041 | 6/5/2000 | Frame (Meadeville) | $539.58 | $14.85 |
| 252 | Alltel | 311-512-9041 | 7/6/2000 | Frame (Meadeville) | $594.09 | $16.35 |
| 253 | Alltel | 311-512-9041 | 8/3/2000 | Frame (Meadeville) | $594.09 | $16.35 |
| 254 | Alltel | 311-512-9041 | 9/6/2000 | Frame (Meadeville) | $590.27 | $16.35 |
| 255 | Alltel | 311-512-9041 | 10/4/2000 | Frame (Meadeville) | $590.27 | $16.35 |
| 256 | Alltel | 311-512-9041 | 11/3/2000 | Frame (Meadeville) | $597.86 | $16.35 |
| 257 | Alltel | 311-512-9041 | 12/5/2000 | Frame (Meadeville) | $590.27 | $16.35 |
| 258 | Sprint | 02588194 | 1/9/2000 | DS3's | $22,668.96 | |
| 259 | Sprint | 02601032 | 2/7/2000 | DS3's | $22,668.96 | |
| 260 | Sprint | 02614034 | 3/8/2000 | DS3's | $22,668.96 | |
| 261 | Sprint | 02628326 | 4/8/2000 | DS3's | $22,668.96 | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 262 | Sprint | 02642150 | 5/5/2000 | DS3's | $22,668.96 | |
| 263 | Sprint | 02655738 | 6/9/2000 | DS3's | $22,668.96 | |
| 264 | Sprint | 02670753 | 7/8/2000 | DS3's | $22,668.96 | |
| 265 | Sprint | 02686107 | 8/7/2000 | DS3's | $22,668.96 | |
| 266 | Sprint | 02701377 | 9/8/2000 | DS3's | $22,668.96 | |
| 267 | Sprint | 02716751 | 10/8/2000 | DS3's | $3,673.96 | |
| 268 | Sprint | 02732284 | 11/8/2000 | DS3's | $3,673.96 | |
| 269 | Sprint | 027448387 | 12/8/2000 | DS3's | $3,673.96 | |
| 270 | Verizon | 00275 | 10/1/2000 | Frame Relay | $14,043.94 | |
| 271 | Verizon | 00306 | 11/1/2000 | Frame Relay | $14,794.89 | |
| 272 | Sprint | 352473270 | 1/18/2000 | Long Distance Main Line | $250.45 | $6.81 |
| 273 | Sprint | 352473270 | 2/18/2000 | Long Distance Main Line | $254.32 | $6.96 |
| 274 | Sprint | 352473270 | 3/18/2000 | Long Distance Main Line | $258.77 | $6.89 |
| 275 | Sprint | 352473270 | 4/18/2000 | Long Distance Main Line | $256.24 | $7.02 |
| 276 | Sprint | 352473270 | 5/18/2000 | Long Distance Main Line | $260.23 | $7.02 |
| 277 | Sprint | 352473270 | 6/18/2000 | Long Distance Main Line | $263.09 | $7.20 |
| 278 | Sprint | 352473270 | 7/18/2000 | Long Distance Main Line | $254.07 | $6.89 |
| 279 | Sprint | 352473270 | 8/18/2000 | Long Distance Main Line | $261.36 | $7.00 |
| 280 | Sprint | 352473270 | 9/18/2000 | Long Distance Main Line | $264.41 | $7.14 |
| 281 | Sprint | 352473270 | 10/18/2000 | Long Distance Main Line | $265.29 | $7.24 |
| 282 | Sprint | 352473270 | 11/18/2000 | Long Distance Main Line | $258.49 | $7.09 |
| 283 | Verizon | 814-836-9860 | 8/28/2000 | DCS Lines | $14,715.43 | $374.37 |
| 284 | Verizon | 814-836-9860 | 9/28/2000 | DCS Lines | $4,283.70 | $87.65 |
| 285 | Verizon | 814-836-9860 | 10/28/2000 | DCS Lines | $10,673.16 | $263.35 |
| 286 | Verizon | 814-836-9860 | 11/28/2000 | DCS Lines | $10,644.91 | $262.53 |
| 287 | Verizon | 814-126-0939 | 2/22/2000 | Frame Relay | $523.52 | |
| 288 | Verizon | 814-126-0939 | 3/22/2000 | Frame Relay | $523.52 | |
| 289 | Verizon | 814-126-0939 | 4/22/2000 | Frame Relay | $523.52 | |
| 290 | Verizon | 814-126-0939 | 5/22/2000 | Frame Relay | $518.68 | |
| 291 | Verizon | 814-126-0939 | 6/22/2000 | Frame Relay | $518.68 | |
| 292 | Verizon | 814-126-0939 | 7/22/2000 | Frame Relay | $501.38 | |
| 293 | Verizon | 814-130-3960 | 1/22/2000 | Frame Relay | $523.52 | |
| 294 | Verizon | 814-130-3960 | 2/22/2000 | Frame Relay | $523.52 | |
| 295 | Verizon | 814-130-3960 | 3/22/2000 | Frame Relay | $523.52 | |
| 296 | Verizon | 814-130-3960 | 4/22/2000 | Frame Relay | $523.52 | |
| 297 | Verizon | 814-130-3960 | 5/22/2000 | Frame Relay | $518.68 | |
| 298 | Verizon | 814-130-3960 | 6/22/2000 | Frame Relay | $518.68 | |
| 299 | Verizon | 814-130-3960 | 7/22/2000 | Frame Relay | $518.68 | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 300 | Verizon | 814-130-3960 | 8/22/2000 | Frame Relay | $518.68 | |
| 301 | Verizon | 814-130-3960 | 9/22/2000 | Frame Relay | $553.30 | |
| 302 | Verizon | 814-130-3960 | 10/22/2000 | Frame Relay | $545.92 | |
| 303 | Verizon | 814-130-3960 | 11/22/2000 | Frame Relay | $545.92 | |
| 304 | Verizon | 814-126-0779 | 1/22/2000 | Frame Relay | $523.52 | |
| 305 | Verizon | 814-126-0779 | 2/22/2000 | Frame Relay | $523.52 | |
| 306 | Verizon | 814-126-0779 | 3/22/2000 | Frame Relay | $523.52 | |
| 307 | Verizon | 814-126-0779 | 4/22/2000 | Frame Relay | $523.52 | |
| 308 | Verizon | 814-126-0779 | 5/22/2000 | Frame Relay | $518.68 | |
| 309 | Verizon | 814-126-0779 | 6/22/2000 | Frame Relay | $518.68 | |
| 310 | Verizon | 814-126-0779 | 7/22/2000 | Frame Relay | $518.68 | |
| 311 | Verizon | 814-126-0779 | 8/22/2000 | Frame Relay | $518.68 | |
| 312 | Verizon | 814-126-0779 | 9/22/2000 | Frame Relay | $514.30 | |
| 313 | Verizon | 814-126-0779 | 10/22/2000 | Frame Relay | $514.30 | |
| 314 | Verizon | 814-126-0779 | 11/22/2000 | Frame Relay | $514.30 | |
| 315 | Verizon | 814-823-6026 | 12/13/2000 | Analog Line | $88.28 | $2.40 |
| 316 | GTE | 814-833-9111 | 1/22/2000 | Main Line | $285.74 | $18.58 |
| 317 | GTE | 814-833-9111 | 2/22/2000 | Main Line | $436.72 | $14.68 |
| 318 | GTE | 814-833-9111 | 3/22/2000 | Main Line | $432.95 | $27.18 |
| 319 | GTE | 814-833-9111 | 4/22/2000 | Main Line | $447.59 | $20.32 |
| 320 | GTE | 814-833-9111 | 5/22/2000 | Main Line | $510.90 | $24.73 |
| 321 | GTE | 814-833-9111 | 6/22/2000 | Main Line | $482.81 | $18.09 |
| 322 | GTE | 814-833-9111 | 7/22/2000 | Main Line | $486.15 | $18.61 |
| 323 | Verizon | 814-833-9111 | 8/22/2000 | Main Line | $526.27 | $24.17 |
| 324 | Verizon | 814-833-9111 | 9/22/2000 | Main Line | $492.21 | $21.39 |
| 325 | Verizon | 814-833-9111 | 10/22/2000 | Main Line | $471.60 | $20.64 |
| 326 | Verizon | 814-833-9111 | 11/22/2000 | Main Line | $472.70 | $17.20 |
| 327 | Verizon | 9808730 | 6/1/2003 | DSL Host | $29,477.27 | |
| 328 | Verizon | 10092802 | 7/1/2003 | DSL Host | $29,579.66 | |
| 329 | Verizon | 10677930 | 8/1/2003 | DSL Host | $28,525.25 | |
| 330 | Verizon | 10677930 | 9/1/2003 | DSL Host | $28,612.35 | |
| 331 | Verizon | 10953990 | 10/1/2003 | DSL Host | $30,405.37 | |
| 332 | Verizon | 11245194 | 11/1/2003 | DSL Host | $26,917.84 | |
| 333 | Verizon | 11544073 | 12/1/2003 | DSL Host | $30,591.70 | |
| 334 | Verizon | 11803417 | 1/1/2004 | DSL Host | $30,141.76 | |
| 335 | Verizon | 12108415 | 2/1/2004 | DSL Host | $29,880.68 | |
| 336 | Verizon | 12402412 | 3/1/2004 | DSL Host | $29,836.39 | |
| 337 | Verizon | 03020132 | 2/1/2003 | Line Access | $8,618.42 | |

Velocity Net, Inc.
Fed. Excise Tax Refund
Quarterly Breakout

| | | | | | | |
|---|---|---|---|---|---|---|
| 338 | Verizon | 03030141 | 3/1/2003 | Line Access | $8,618.42 | |
| 339 | Verizon | 03040132 | 4/1/2003 | Line Access | $8,618.42 | |
| 340 | Verizon | 03050112 | 5/1/2003 | Line Access | $8,618.42 | |
| 341 | Verizon | 03060109 | 6/1/2003 | Line Access | $8,618.42 | |
| 342 | Verizon | 03070109 | 7/1/2003 | Line Access | $8,618.42 | |
| 343 | Verizon | 03090104 | 9/1/2003 | Line Access | $8,618.42 | |
| 344 | Verizon | 03100100 | 10/1/2003 | Line Access | $8,618.42 | |
| 345 | Verizon | 03110099 | 11/1/2003 | Line Access | $8,618.42 | |
| 346 | Verizon | 03120116 | 12/1/2003 | Line Access | $8,618.42 | |
| 347 | Verizon | 187718 | 8/20/2003 | Line Access | $13,094.82 | $1,300.09 |
| 348 | Verizon | 814-833-9111 | 12/20/2003 | Line Access | $863.56 | $23.76 |
| 349 | Verizon | 100-779-0526 | 1/20/2004 | Line Access | $864.12 | $23.78 |
| 350 | Verizon | 779-000-0019 | 1/1/2004 | Line Access | $8,077.96 | |
| 351 | Verizon | 178174 | 7/20/2003 | Line Access | $17,787.35 | $411.16 |
| | | | | | | **$37,122.99** |

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

VELOCITY NET INC
% MICHAEL A GRUIN
ANDERSON GULOTTA & HICKS
1110 N MOUNTAIN RD
HARRISBURG PA 17112-1752

The IRS address must appear in the window.

0280425569

BODCD-SB

Letter Number: LTR0916C
Letter Date : 2004-11-18
Tax Period : 200103

*251798979*

VELOCITY NET INC
% MICHAEL A GRUIN
ANDERSON GULOTTA & HICKS
1110 N MOUNTAIN RD
HARRISBURG PA 17112-17[illegible]

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

EXHIBIT B

251798979 PH 0000 03 2 200103 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 0280425569
Nov. 18, 2004 LTR 916C
25-1798979 200103 03 000 1
07066
BODC: SB

VELOCITY NET INC
% MICHAEL A GRUIN
ANDERSON GULOTTA & HICKS
1110 N MOUNTAIN RD
HARRISBURG PA 17112-1752

| | |
|---|---|
| Taxpayer Identification Number: | 25-1798979 |
| Kind of Tax: | 720 |
| Amount of Claim(s): | $ 2,439.37 |
| Date Claim(s) Received: | May 25, 2004 |
| Tax Period(s) Ending: | Mar. 31, 2000 June 30, 2000<br>Sep. 30, 2000 Dec. 31, 2000<br>03312001 |

Dear Taxpayer:

Your claims for the tax periods stated was disallowed for the reason stated in the letter attached. The rest of your claim was selected by exam to accept or deny. You will hear from them in 45 days.

If you have any questions, please call Michael Joyce at 866-699-4096 Ext 2588 between the hours of 4:00 PM and 7:00 PM(EDT). If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( )____________________ Hours________________

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 0280425569
Nov. 18, 2004 LTR 916C
25-1798979 200103 03 000 1
07066
BODC: SB

VELOCITY NET INC
% MICHAEL A GRUIN
ANDERSON GULOTTA & HICKS
1110 N MOUNTAIN RD
HARRISBURG PA 17112-1752

| | |
|---|---|
| Taxpayer Identification Number: | 25-1798979 |
| Kind of Tax: | 720 |
| Amount of Claim(s): | $ 2,439.37 |
| Date Claim(s) Received: | May 25, 2004 |
| Tax Period(s) Ending: | Mar. 31, 2000 June 30, 2000 |
| | Sep. 30, 2000 Dec. 31, 2000 |
| | 03312001 |

Dear Taxpayer:

Your claims for the tax periods stated was disallowed for the reason stated in the letter attached. The rest of your claim was selected by exam to accept or deny. You will hear from them in 45 days.

If you have any questions, please call Michael Joyce at 866-699-4096 Ext 2588 between the hours of 4:00 PM and 7:00 PM(EDT). If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( )______________________________ Hours____________________

**Internal Revenue Service** | **Department of the Treasury**

Date: June 9, 2005

Taxpayer Identification Number:
25-1809467
Form:
720
Tax Period(s) Ended and Claim Amount:
Please See Attached
Form 886-A

Date Claim Received:
11/10/2004
Person to Contact:
Carol L. Bonner

Contact Telephone Number:
(412) 395-6827
Employee Identification Number:
25-02438
Last date to Respond to this Letter:
July 9, 2005

Velocity Net, Inc.
2503 West 15th Street
Erie, PA 16505

Dear Taxpayer,

We examined your claim and propose:

☐ Partial disallowance, as shown in the enclosed examination report. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and Form 3363, *Acceptance Form.*

☒ Full disallowance, as shown in the enclosed examination report or at the end of this letter. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and Form 3363, *Acceptance Form.*

☐ Full disallowance with additional tax due, as shown in the enclosed examination report. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and the examination report.

*Note: If your claim involves a joint return, both taxpayers must sign the form(s).*

If you are a "C" Corporation filer, Section 6621(c) of the Internal Revenue Code provides for an interest rate 2% higher than the standard interest rate on deficiencies of $100,000 or more.

If you don't agree with our findings, you may request a meeting or telephone conference with the supervisor of the person identified in the heading of this letter. If you still don't agree with our findings, we recommend that you request a conference with our Appeals Office. If you request a conference, we will forward your request to the Appeals Office and they will contact you to schedule an appointment.



EXHIBIT
C

If the proposed change to tax is:

- $25,000 or less for *each* referenced tax period; you may send us a letter requesting Appeals consideration, indicating what you don't agree with and the reasons why you don't agree.

- More than $25,000 for *any* referenced tax period; you must submit a formal protest.

The requirements for filing a formal protest are explained in the enclosed Publication 3498, *The Examination Process*. Publication 3498 also includes information on your *Rights as a Taxpayer* and the *IRS Collection Process*.

If you don't respond by the date shown in the heading of this letter, we will process your case based on the adjustments shown in the enclosed examination report or the explanations given at the end of this letter.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely yours,

Carol L Bonner

Enclosures:
[X] Examination Report
Form 2297
[X] Form 3363
Publication 3498
Envelope

**Reason for Disallowance:**

Please see the attached Form 886-A

Focused Business Solutions, LLC
1110 North Mountain Road
Harrisburg, PA 17112
(717) 541-1280

July 13, 2005

Carol Bonner
Internal Revenue Service
1000 Liberty Ave.
Room 1008
Pittsburgh, PA 15222

RE: Refund Claim of Velocity Net, Inc.
EIN 25-1809467

Dear Mr. Bonner:

Please consider this letter the formal protest of the proposed full disallowance of the above referenced Communications Excise Tax Claim of Velocity Net, Inc. ("the Claimant") for the quarters ending 6/30/01 through 03/31/04. The Claimant requests review by the Appeals Office. As you know, I, Michael A. Gruin, am the Power of Attorney of record for this claimant.

The Claimant disagrees with all of the disallowances, for the following reasons. Originally the claimant relied upon IRS PLR No. 2001133008 as the basis for the refund claim. While this ruling has since been revoked without explanation, it is our position that the logic behind the refund claim remains the same -- that the lines that the Claimant purchases in order to provide internet access to its customers do not fall within the scope of the federal communications excise tax. As you know, according to Code Section 4251, the excise tax is imposed only on local telecommunications service, toll telephone service, and teletypewriter exchange. The circuits and lines that the Claimant purchases or leases in order to provide its customers with access to the Internet do not qualify as local telecommunications, toll service, or teletypewriter exchange service. Rather, these circuits and lines fall under the definition of private communications service under Section 4252 (d), and therefore are outside the scope of the tax.

Velocity Net, Inc. is a local Internet Service Provider based in Erie, PA. In order to provide its customers with access to the Internet, the claimant and all other internet service providers (ISP's) must construct a network of circuits to carry data traffic from their customers' computers, through the ISP's routers, and from the routers to the

EXHIBIT
D

first-tier Network Access Points (NAP's). These first tier NAP's are where the traffic actually enters the internet cloud.

The Claimant purchases several kinds of circuits in order to construct its network. To start, an ISP must purchase connections to the internet cloud from large first-tier network providers such as Sprint, MCI or UUNET. These connections are sometimes called purchases of "upstream" or "backbone" access. None of these transactions are at issue in the present case.

Next, an ISP must purchase circuits that connect its customers to the ISP's servers and router locations (which are known as "points-of-presence" or "PoPs"). For a few large business customers, the Claimant purchases a 512k DSL circuit or a DS-1 (T-1) circuit that runs directly from the customer's business location to one of its routers. These circuits are basically point to point private line services, which are clearly outside the scope of the excise tax. In the present case, these direct customer circuits are noted on the summary schedule provided to the audit division.

The majority of the Claimant's purchases are Primary Rate Interface (PRI) lines from local exchange carriers. These lines are T-1 lines with a total signaling capacity of 1.44 megabits per second that have been divided up into 24 channels. The PRI's are used to connect the Claimant's basic residential dial-up customers to its routers. The customers use their computer modems to call the telephone numbers associated with the PRI lines that the Claimant purchases. The LEC switches the data onto one of the Claimaint's PRI channels, which carry the data to the Claimant's routers and out to the NAP's . It is important to note that these PRI lines are configured for inbound connection only. It is impossible to make an outgoing connection to the telephone network using these lines.

Additionally, the Claimant purchases a Frame Relay connection to carry data between two or more of its "PoP's". These Frame Relay connections are data only connections that connect two or more specific locations, and are basically private line services.

It is the Claimant's position that all of the circuit purchases described above are not subject to the Federal Communications Excise Tax. All of these lines described above carry data only; they do not carry voice traffic. These lines are not part of the local telephone network, and therefore they do not meet the definition of local telephone service, toll telephone service, or teletypewriter exchange service and are not subject to the excise tax. According to Code Section 4251, the excise tax is imposed only on local telecommunications service, toll telephone service, and teletypewriter exchange. The circuits and lines that the Claimant purchases or leases in order to provide its customers with access to the Internet do not qualify as local telecommunications, toll service, or teletypewriter exchange service. Rather, these circuits and lines fall under the definition of private communications service under Section 4252 (d), and therefore are outside the scope of the tax.

Based on the above explanation, it is our position that the Claimant is entitled to a refund of federal excise tax in the amount of $33,596.38, as supported by the invoices that were submitted and reviewed by the IRS field agent. The actual invoices comprising the claim are voluminous and were already reviewed by the IRS examiner in this case. They are available to be examined again at any time.

I, Michael A. Gruin, power of attorney of record for Velocity Net, Inc. submitted the initial communications excise tax refund claim on behalf of the Claimant, and am now filing the within protest. I personally know that the facts stated in the protest and the accompanying documents are true and correct to the best of my knowledge, belief and understanding.

Michael A. Gruin

7/13/05
Date

enclosures