# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: April 27, 2006)

VELOCITY NET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court will conduct a telephonic status conference (TSC) at 2:00 p.m. E.D.T. on Friday, April 28, 2006. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge