# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: April 28, 2006)

| | |
|---|---|
| VELOCITY NET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conference held on April 28, 2006, the parties are directed to FILE a Joint Status Report on August 29, 2006. The court will conduct a telephonic status conference at 2:00 p.m. E.D.T. on Tuesday, August 30, 2006. The parties shall call the Sprint operator at 1-800-497-7708 to connect to the conference.

Further to the parties' Joint Preliminary Status Report, in which the parties indicate that "[d]efendant asserts that this [c]ourt lacks jurisdiction in this action with respect to any quarter ended prior to April 1, 2001, because plaintiff did not file timely claims for refund as required by 26 U.S.C. §§ 7422(a) and 6511(a)," the parties shall, on or before May 5, 2006, propose a date (which shall be on or before June 13, 2006) when this motion shall be filed. Briefing shall proceed according to Rule of the Court of Federal Claims (RCFC) 7.2.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge