IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

On April 28, 2006, the parties appeared for a telephonic status conference in the above-captioned case. One of the issues brought to the attention of the court was that some of the invoices for which refunds are requested are for invoices that were in periods before 2001. The federal excise tax at issue on such pre-2001 invoices is $1,544.19.

The Joint Preliminary Status Report filed by the parties in this case referenced a possible motion to dismiss due to these pre-2001 invoices. Rather than filing a motion to dismiss, Plaintiff's counsel has conceded to strike all pre-2001 invoices from the Petitioner's refund claim. As such, the amount of the Petitioner's refund claim has been reduced from $37,122.99 to $35,578.80.

Respectfully submitted,

May 4, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

May 5, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 5, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant