IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order filed on April 28, 2006 in the above-referenced matter, the parties submit the following information:

Plaintiff and the United States have completed discovery in this matter. The discovery accomplished includes initial disclosures by the parties, including Plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and Plaintiff's responses to Defendant's interrogatories and requests for production of documents.

At this time, Plaintiff and the United States are waiting to take further action in this action based on the outcome of *XO Communications, Inc. v. The United States,* (Fed. Cl. No. 03-2754 T), pending before Judge Wheeler. The parties in *XO* have filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. In addition, an expert witness hearing has been conducted on the "Dial Access" issue and

the parties subsequently submitted supplemental briefs.

Accordingly, the parties believe that further proceedings in this action should be suspended until a decision is rendered in *XO*.

Plaintiff has authorized the Defendant to file this status report on behalf of both parties.

Respectfully submitted,

August 29, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

August 29, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant