# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: August 31, 2006)

| | |
|---|---|
| VELOCITY NET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to the telephonic status conference held on August 30, 2006, the above-captioned case is identical to the three following cases, which are close to resolution: USA Choice Internet Service, LLC v. United States, No. 05-525 (Fed. Cl. filed May 5, 2005); Comcation, Inc. v. United States, No. 05-515 (Fed. Cl. filed May 4, 2005); and XO Communications, Inc. v. United States, No. 03-2754 (Fed. Cl. filed Dec. 1, 2003) (collectively, "parallel cases").

The case is STAYED to February 28, 2007 or until at least two of the parallel cases are resolved, whichever date comes earlier. At that time, a Joint Status Report shall be filed by the parties.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge