IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of August 31, 2006, the parties submit the following status report.

The above-captioned matter is currently stayed pending the resolution of at least two of the following three cases: ***XO Communications, Inc. v. United States***, Fed Cl. No. 03-2754 T (2003); ***Comcation, Inc. v. United States***, Fed Cl. No. 05-515 T (2005); and ***USA Choice Internet Service, LLC v. United States***, Fed Cl. No. 05-525 T (2005).

In ***XO Communications, Inc. v. United States***, Fed Cl. No. 03-2754 T (2003), the Plaintiff and the United States completed discovery. The discovery accomplished included initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. In addition, the parties in ***XO*** filed cross-motions for

summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. Judge Williams conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs. This case was transferred to Judge Wheeler on July 24, 2006, and supplemental briefs by were filed on November 9th and 10th addressing the extent to which the Internal Revenue Service ("IRS") currently imposes a tax on Internet access and related Internet communications. On January 10, 2007, the Court issued an Order denying the parties' cross-motions for summary judgment. The Court instructed the parties to file a Joint Status Report on or before May 4, 2007, indicating the extent to which disputed issues of fact remain after the parties have conducted an examination of the relevant records in light to the Court's denial of the parties' cross-motions. Thereafter, the matter will be set for trial.

In ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005), the Plaintiff and the United States completed discovery. The discovery accomplished included initial disclosures by the parties, including plaintiff's disclosures of information in support of its claim for refund (such as invoices, filings, etc.), and plaintiff's responses to defendant's interrogatories and requests for production of documents. A trial was held in this case on September 11, 2006. The parties' simultaneous opening post trial briefs were filed on November 13, 2006, and the parties' simultaneous reply briefs were filed on December 13, 2006. Closing arguments occurred on January 9, 2007. A decision in ***Comcation*** is forthcoming from Judge Allegra and the parties anticipate that the outcome will be appealed no matter what the result.

In ***USA Choice Internet Service, LLC v. United States***, Fed Cl. No. 05-525 T (2005), Judge Lettow awarded the Plaintiff judgment insofar as it paid communications excise taxes from

January 1999 through April 2002 on incoming-only PRI channels purchased from ALLTEL and Verizon and its predecessors and on private-communication DCS and BRA channels obtained from ALLTEL plus the private lines associated with specific telephone numbers. Judge Lettow held that charges for these channels and services are not taxable as local telephone service, in the first instance because the services are not covered by the definition of such service in the Internal Revenue Code, and in the second instance because the services are exempted from the definition. Final Judgment was entered for the Plaintiff in this case on December 15, 2006, in the amount of $20,625.76. The United States filed a Notice of Appeal of the decision in the United States Court of Appeals for the Federal Circuit on February 8, 2007.

Thus, until the Court of Appeals for the Federal Circuit has ruled on the issues involved in USA Choice and Comcation, going forward with proceedings in this case would be premature at this juncture. The parties agree that continuing to stay this case will conserve judicial resources and promote an efficient determination of the actions.

WHEREFORE, parties respectfully request this Court continue to STAY the above-referenced case pending the final outcome of USA Choice and Comcation in the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

February 28, 2007
Date

s/Anthony C. Gulotta

ANTHONY C. GULOTTA
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

February 28, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

February 28, 2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant