# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: March 1, 2007)

VELOCITY NET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The parties shall, on or before March 15, 2007, file a Joint Status Report (JSR) or, if the parties cannot agree on the contents of a JSR, separate status reports, which report(s) shall identify and explain to the court any dispositive issue in this case (including reference to paragraphs in the complaint) that are not addressed in the court proceedings in case numbers 03-2754 T (XO Communications, Inc.), 05-515 T (Comcation, Inc.), or 05-525 T (USA Choice Internet Service, LLC).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge