IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of March 1, 2007, the parties submit the following report.

The parties have examined this case based on the ruling in USA Choice Internet Service, LLC v. United States, 73 Fed. Cl. 780 (2006), and the court's denial of cross-motions for summary judgment in XO Communications, Inc. v. United States, Nos. 03-275T and 06-40T. The parties do not believe that there are any dispositive issues in this case that are not addressed in USA Choice and XO Communications. Accordingly, the parties agreed that the most appropriate and efficient manner of handling this action is to continue the stay in this case pending the final outcome of the litigation in USA Choice and Comcation v. United States, No. 05 -515T, at the United States Court of Appeals for the Federal Circuit. A Notice of Appeal was filed in USA Choice on February 8, 2007. A decision in the matter of Comcation is pending from Judge Allegra at the United States Court of Federal Claims and the parties anticipate that the

outcome will be appealed no matter what the result. Thus, until the Court of Appeals for the Federal Circuit has ruled on the issues involved in USA Choice and Comcation, continuing to stay this case is likely to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

March 15, 2007
Date

s/Anthony C. Gulotta
ANTHONY C. GULOTTA
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

March 15, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 15, 2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant