# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: March 15, 2007)

VELOCITY NET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR) filed March 15, 2007. The parties state that they "do not believe that there are any dispositive issues in this case that are not addressed" in the court proceedings in case numbers 03-2754 T (XO Communications, Inc.) or 05-525 T (USA Choice Internet Service, LLC). JSR 1. However, the parties also state that these cases should be stayed "pending the final outcome of the litigation" in USA Choice Internet Service, LLC and the court proceedings in case number 05-515 T (Comcation, Inc.). The parties are requested to clarify why, if XO Communications, Inc. is one of two cases that together address all the dispositive issues in this case, a stay should be predicated on the conclusion of litigation in a third case, Comcation, Inc.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge