# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: March 26, 2007)

| | |
|---|---|
| VELOCITY NET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On March 15, 2007, the court issued an order that directed the parties to clarify the parties' Joint Status Report (JSR) of March 15, 2007. Order of Mar. 15, 2007. The parties have not responded to the order.

On or before Friday, April 6, 2007, the parties shall file a JSR that clarifies why, if the court proceedings in case number 03-2754 T (XO Communications, Inc.) is one of two cases that together address all the dispositive issues in this case, a stay should be predicated on the conclusion of litigation in a third case, case number 05-515 T (Comcation, Inc.).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge