IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,
Plaintiff

v.

THE UNITED STATES,
Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of March 15, 2007, the parties submit the following clarification to their March 15, 2007, status report.

The parties interpreted the Court's Order of March 1, 2007, as inquiring whether there are any issues in this action which are not present in USA Choice Internet Service, LLC v. United States, 73 Fed. Cl. 780 (2006), and XO Communications, Inc. v. United States, Nos. 03-275T and 06-40T, so that separate proceedings would be required here to consider unique issues. The parties intended to state that they do not believe that there are any such unique issues in this case and that this case also shares common issues with Comcation v. United States, No. 05 -515T. The parties, however, did not mean to imply that the common issues were resolved by the court's denial of cross-motions for summary judgment in XO Communications. Rather, in XO Communications, there are a number of common issues which remain unresolved and at this juncture, the proceedings are suspended until May 4, 2007, so there will not be a decision anytime soon. In Comcation, however, a trial was held on September

11, 2006, and post-trial briefing and closing arguments were concluded on January 9, 2007. The parties believe that a decision in Comcation is forthcoming and the outcome will be appealed no matter what the result and consolidated with the appeal pending in USA Choice. Thus, the common issues should be resolved eventually by the Court of Appeals for the Federal Circuit in USA Choice and Comcation. Accordingly, continuing to stay this case until USA Choice and Comcation are decided by the Federal Circuit appears to be the most efficient way to handle this case.

Respectfully submitted,

April 2, 2007
Date

s/Anthony C. Gulotta
ANTHONY C. GULOTTA
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

April 2, 2007
Date

s/G. Robson Stewart
G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

April 2, 2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant