# In the United States Court of Federal Claims

No. 06-26 T
(E-Filed: April 3, 2007)

VELOCITY NET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Joint Status Report (JSR) filed by the parties on April 2, 2007, the STAY in the case is CONTINUED until further order of the court.

The parties shall file with the court a joint status report or, if they do not agree, separate status reports, upon the earliest to occur of the following: (i) any resolution by the Court of Appeals for the Federal Circuit of any of the cases described in the JSR; or (ii) any development indicating an opportunity for settlement of this case; or (iii) any revival of interest by the parties or either of them in proceeding with this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge