IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-26 T
(JUDGE HEWITT)

VELOCITY NET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-captioned case, be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

July 14, 2008
Date

*s/Anthony C. Gulotta*
ANTHONY C. GULOTTA
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

July 14, 2008
Date

*s/G. Robson Stewart*

G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 14, 2008
Date

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant